UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 22-CR-10357-PBS |
| | ) | |
| | ) | |
| RYAN PAVAO | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Ryan Pavao, respectfully requests that the Court modify his conditions of release to extend his curfew on one night so he can attend prom with his girlfriend, who is a senior in high school. The prom is in Newport, Rhode Island on June 1, 2023 from 6:00 -10:00 PM. He asks that his curfew be extended to 11:00 PM on that night to allow him time to get home. Probation, through Mr. Pavao's supervising officer Marlenny Ramdehal, assents to this request. The government objects to this request.

Respectfully submitted,
RYAN PAVAO,
By His Attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy, B.B.O.#661394
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Jane F. Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 1, 2023.

*/s/ Jane F. Peachy*
Jane F. Peachy