UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. 22-cr-10357-PBS |
| RYAN PAVAO, ) | |
| ) | |
| Defendant. ) | |

# JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b)

The United States of America and the defendant Ryan Pavao, through his counsel, hereby submit this joint memorandum addressing Local Rule 116.5(b).

**As matters are proceeding to the satisfaction of all parties, the government and the defendant request that the status conference scheduled for March 13, 2023, be cancelled and a status conference date established in approximately 30 days.**

## I.   Local Rule 116.5(b)(1)

On February 2, 2023, the government produced automatic discovery as required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts. There are presently no pending discovery requests.

## II.   Local Rule 116.5(b)(2)

The government will provide discovery in response to any future request(s) according to the local rules and pursuant to the Federal Criminal Rules of Criminal Procedure, including any supplemental discovery if any additional materials are obtained.

## III.   Local Rule 116.5(b)(3)

The defendant needs additional time to review the government's automatic discovery before determining whether it will be necessary to file a request for additional materials.

**IV.     Local Rule 116.5(b)(4)**

The Court granted the government's Assented-to Motion for a Protective Order [#24] on January 10, 2023. The government does not anticipate filing additional motions at this time.

**V.      Local Rule 116.5(b)(5)**

The parties agree that it is too early to set a motion schedule under Fed. R. Crim. P. 12(b).  The parties ask that a motion date under Fed. R. Crim. P. 12(c), if necessary, be set at the next status conference.

**VI.     Local Rule 116.5(b)(6)**

The parties propose that expert disclosures for the government, if any, be due 45 days before trial and that the defendant's expert disclosures, if any, be due 21 days before trial.

**VII.    Local Rule 116.5(b)(7)**

The defendant does not anticipate raising a defense of insanity, public authority, or alibi.

**VIII.   Local Rule 116.5(b)(8)**

The government and the defendant agree that the period from the defendant's arraignment upon the indictment on January 4, 2023, through February 15, 2023, the date set for the initial status conference, was properly excluded by this Court's order on excludable delay. [D.22].  The government and the defendant further agree that the time period between February 15, 2023, and March 13, 2023, was properly excluded by this Court's order on excludable delay. [D. 27].  The parties further request that the date from March 13, 2023, to the next status conference should be excluded because the parties have been and are using the period of the continuance to complete review of discovery.  Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IX.     Local Rule 116.5(b)(9)**

If the matter is tried, the parties estimate the trial would last approximately 5 days.

**X.      Local Rule 116.5(b)(10)**

The government and the defendant request that a status conference date be established approximately 30 days in the future.

Respectfully submitted,

| | |
|---|---|
| RYAN PAVAO<br>By his counsel, | RACHAEL ROLLINS<br>UNITED STATES ATTORNEY, |
| /s/ *Jane Peachy, Esq.* (by LS)<br>Jane Peachy, Esq.<br>Federal Public Defender Office<br>51 Sleeper Street 5th Floor<br>Boston, MA 02110<br>Jane_peachy@fd.org | By: /s/ *Lucy Sun*<br>Lucy Sun<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1 Courthouse Way<br>Boston, MA 02210<br>lucy.sun@usdoj.gov |

Date: March 7, 2023

---

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

/s/ Lucy Sun
Lucy Sun
Assistant U.S. Attorney

Date: March 7, 2023