# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No. 22-CR-10357-PBS |
| | ) | |
| | ) | |
| RYAN PAVAO | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Ryan Pavao, respectfully requests that the Court modify his conditions of release to remove the conditions requiring a curfew and electronic monitoring. As grounds therefore, Mr. Pavao has been subject to a curfew and electronic monitoring since his release on December 9, 2022.[1] Probation reports that there have been no instances of non-compliance. All of Mr. Pavao's drug tests have been negative, he is employed full-time, and he has recently been accepted into the Court's RISE program. As such, Mr. Pavao has demonstrated that a curfew and electronic monitoring are no longer necessary to reasonably assure his appearance or to ensure the safety of any other person or the community. *See* 18 U.S.C. §3142(b)(1)(C). Probation, through Mr. Pavao's supervising officer Marlenny Ramdehal, assents to this request. The government has no objection to this request.

        Respectfully submitted,
        RYAN PAVAO,
        By His Attorney,

        */s/ Jane F. Peachy*
        Jane F. Peachy, B.B.O.#661394
        Federal Public Defender Office
        51 Sleeper Street, 5th Floor
        Boston, MA 02210
        Tel: 617-223-8061

---

[1] At the time of Mr. Pavao's detention hearing, Pretrial Services did not recommend imposition of either of these conditions.

CERTIFICATE OF SERVICE

       I, Jane F. Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on June 12, 2023.

                                               */s/ Jane F. Peachy*
                                               Jane F. Peachy