IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>RYAN PAVAO | No.  22-CR-10357-PBS |

GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING

The United States of America respectfully moves this Court to continue the sentencing in this matter, currently scheduled for June 5, 2024, to July 23, 2024, or another date convenient to the Court in July, 2024.  As reasons therefor, the government states undersigned counsel will appear for the government at sentencing, in lieu of previous counsel, who is on parental leave. The undersigned will be in trial in *United States v. Stavros Papantoniadis*, Cr. No. 23-10089-FDS, which is starting on May 20, 2024, and expected to continue through the week of June 5, 2024.  In addition, the defendant is expected to graduate from RISE on May 23, 2024, so the parties will be unable to finalize preparations for sentencing until after that date.

Counsel for the defendant assents to this motion.

Wherefore, the government moves the Court to continue the hearing to July 23, 2024, or a date convenient to the Court in July 2024.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Timothy E. Moran*
TIMOTHY E. MORAN
Assistant U.S. Attorney
Date:  May 7, 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                   *Timothy E. Moran*
                                                   TIMOTHY E. MORAN
                                                   Assistant United States Attorney

Date: May 7, 2024